UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
www.flsb.uscourts.gov

In re:  Case No. 21-17232-BKC-RAM

EDUARDO H LORENTE,  Chapter 7

    Debtor.

_____/

**TRUSTEE'S MOTION FOR EXTENSION OF TIME TO**
**FILE COMPLAINT OBJECTING TO DEBTOR'S DISCHARGE**

Barry E. Mukamal, Chapter 7 Trustee (the "Trustee") for the bankruptcy estate of Eduardo H Lorente (the "Debtor"), by counsel, pursuant to Fed. R. Bankr. P. 4004, requests the Court enter an order extending the Trustee's deadline within which to file a complaint objecting to the Debtor's discharge under 11 U.S.C. § 727, up to and including January 7, 2022 (the "Motion"), and states as follows:

1. On July 27, 2021, the Debtor filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code (the "Petition Date"). Barry E. Mukamal was appointed interim Trustee and became permanent trustee by operation of law.

2. On August 31, 2021, the Section 341 Meeting of Creditors was held and concluded [ECF No. 11].

3. The present deadline for the Trustee to file a complaint objecting to the Debtor's discharge is November 1, 2021.

4. As part of the Trustee's due diligence and review of the documentation provided by the Debtor at the Trustee's request, it has come to the Trustee's attention that the Debtor apparently failed to disclose digital currency accounts at both Coinbase and Gemini Exchange (collectively the "Crypto Accounts"). A review of the Debtor's bank

statements for the six (6) months prior to the Petition Date reflect transfers from Coinbase in the amount of $5,120.00 and Gemini Exchange in the amount of $1,131.00.

5. The Trustee has requested that the Debtor amend his schedules to include the missing accounts and provide to the Trustee statements for the Crypto Accounts for a period of six (6) months prior to the petition date. As of the filing of this Motion, the Debtor has not amended his schedules to disclose the missing Crypto Accounts, nor has he provided the requested statements to the Trustee.

6. Accordingly, the Trustee requests an extension of time to file a complaint objecting to the Debtor's discharge, up to and including January 7, 2022.

7. The Trustee contacted the Debtor's counsel to obtain his agreement to the relief requested, but Debtor's counsel did not agree to the requested extension and as such, a hearing will be required on this Motion.

WHEREFORE, the Trustee respectfully requests that the Court enter an order extending the deadline within which to file a complaint objecting to the Debtor's discharge, up to and including January 2, 2022, and for such other and further relief as the Court deems just and proper.

Dated:  November 1, 2021

LSAS ATTORNEYS
Attorneys for the Trustee
2 South Biscayne Boulevard, Suite 2300
Miami, FL 33131
Telephone (305) 894-6163
Facsimile (305) 503-9447

By:_____/s/_____
        CHRISTIAN SOMODEVILLA
        Florida Bar No. 59539
        cs@lsaslaw.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that a true and correct copy of the foregoing motion was served on November 1, 2021 to all parties on the list to receive e-mail notice/service for this case, via the Notice of Electronic Filing (which is incorporated herein by reference) and via U.S. Mail to Eduardo H Lorente, 5801 W 16th Lane #1, Hialeah, FL 33012-7911.

By:_____/s/_____
Christian Somodevilla, Esq.

_____
Leiderman Shelomith Alexander + Somodevilla, PLLC
Miami | Fort Lauderdale